G. Thomas Martin, III, Esq.  (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@pricelawgroup.com

Attorneys for Plaintiff,
ANGELA HICKS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA HICKS,<br><br>    Plaintiff,<br><br>vs.<br><br>CONSUMER PORTFOLIO SERVICES, INC.; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.: 12-cv-01031-CJC-MLG<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that this matter has been settled in its entirety.  It is respectfully requested that all pending hearings be taken off calendar.

DATED: January 3, 2013

RESPECTFULLY SUBMITTED,
**PRICE LAW GROUP APC**

By:  /s/ G. Thomas Martin, III
     G. Thomas Martin, III
     Attorney for Plaintiff